PROB 12B
(7/93)

Report Date: June 4, 2007

# United States District Court

**for the**

**Eastern District of Washington**

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 11 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Roy Brooks Stoddard         Case Number: 2:95CR00237-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, U.S. District Court Judge

Date of Original Sentence: 1/7/1998          Type of Supervision: Supervised Release

Original Offense: Manufacture of Marijuana, 21 U.S.C. § 841(a)(1); Possess with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1); Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(I); Make and Subscribe False Return, 26 U.S.C. § 7206(1)

Date Supervision Commenced: 12/22/2006

Original Sentence: Prison - 168 Months; TSR - 60 Months

Date Supervision Expires: 12/21/2011

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Mr. Stoddard was released from custody on December 22, 2006. The probation office requests Mr. Stoddard's conditions of supervised release be modified to include not more than six urinalysis submissions per month to comply with the United States v. Stephens 424 F. 3d 876 (9th Cir. 205).

Respectfully submitted,

by  *[signature]*

Samuel Najera
U.S. Probation Officer
Date: June 7, 2007

Prob 12B
Re: Stoddard, Roy Brooks
June 4, 2007
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

June 8 2007
_____
Date